UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL RAY JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | No. CV-10-5074-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 26.) Attorney Thomas A. Bothwell represents Plaintiff Michael Ray Johnson; Special Assistant United States Attorney Mathew W. Pile represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 6.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 26)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall re-assess all of the medical evidence of record, including the opinions of PA-C Barbara K. Mallory. The ALJ shall also re-assess Plaintiff's credibility and residual functional capacity; Plaintiff's ability to perform his past relevant work at step four; and, if necessary,

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1  Plaintiff's ability to perform other work in the national economy at
2  step five.  If necessary, the ALJ shall obtain additional vocational
3  expert testimony in accordance with *Social Security Ruling* 00-4p.
4       2.   Judgment shall be entered for the **PLAINTIFF**.
5       3.   Plaintiff's Motion for Summary Judgment (**ECF No. 20**) is
6  stricken as moot.
7       4.   An application for attorney fees may be filed by separate
8  motion.
9       The District Court Executive is directed to enter this Order,
10 forward copies to counsel, and thereafter shall close this file.
11      DATED November 16, 2011.

                           S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2