# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| MICHAEL RAY JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) NO. CV-10-5074-CI |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) **JUDGMENT IN A CIVIL CASE** |
| Defendant. | ) |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED: November 16, 2011

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk